SEAN M. SULLIVAN (State Bar No. 229104)
 seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendant
APRIA HEALTHCARE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>APRIA HEALTHCARE GROUP INC. and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 8:17-cv-00595-DOC-KES<br>[Assigned to the Hon. David O. Carter]<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE CASE DEADLINES**<br><br>Action Filed: April 3, 2017 |

NOTICE OF SETTLEMENT & STIP. VACATING DEADLINES
4825-6120-8137v.1 0025959-000048

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Local Rule 40-2 and this Court' Initial Standing Order, the parties hereby provide notice that they have reached a settlement that resolves this action, which they anticipate will result in the filing of a stipulation of dismissal within thirty days. The parties, through their undersigned counsel, therefore stipulate and respectfully request that the Court vacate all case deadlines. All signatories listed below, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: June 29, 2017

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
TODD M. FRIEDMAN
ADRIAN R. BACON


By:        /s/ Adrian R. Bacon
              Adrian R. Bacon
         Attorneys for Plaintiff
         FRANK GUTIERREZ


DATED: June 29, 2017

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN


By:        /s/ Sean M. Sullivan
              Sean M. Sullivan
         Attorneys for Defendant
         APRIA HEALTHCARE GROUP INC.

1
NOTICE OF SETTLEMENT & STIP. VACATING DEADLINES
4825-6120-8137v.1 0025959-000048

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899