JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>APRIA HEALTHCARE GROUP INC. and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 8:17-cv-00595-DOC-(KESx)<br>[Assigned to the Hon. David O. Carter]<br><br>**ORDER VACATING CASE DEADLINES**<br><br>Action Filed: April 3, 2017 |

This matter comes before the Court on the **NOTICE OF SETTLEMENT AND STIPULATION TO VACATE CASE DEADLINES** by Plaintiff Frank Gutierrez ("Plaintiff") and Defendant Apria Healthcare Group Inc. ("Defendant"), through which the parties advised the Court that they have reached a settlement that resolves this action, which they anticipate will result in the filing of a stipulation of dismissal within thirty days. For the reasons set forth in the stipulation and for good cause shown, the Court hereby VACATES all case deadlines. Within thirty days after entry of this Order, the parties shall file either a stipulation of dismissal or a joint status report advising how this matter should proceed.

**IT IS SO ORDERED.**

DATED: June 30, 2017.

*/s/ David O. Carter*

The Honorable David O. Carter
UNITED STATES DISTRICT JUDGE