1  SEAN M. SULLIVAN (State Bar No. 229104)
2   seansullivan@dwt.com
   DAVIS WRIGHT TREMAINE LLP
3  865 South Figueroa Street, 24th Floor
   Los Angeles, California  90017-2566
4  Telephone:  (213) 633-6800
5  Fax:  (213) 633-6899

6  Attorneys for Defendant
   APRIA HEALTHCARE GROUP INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11

12 | FRANK GUTIERREZ, individually and      ) Case No. 8:17-cv-00595-DOC-KES
   | on behalf of all others similarly situated, ) [Assigned to the Hon. David O. Carter]
13 |                                         )
   |           Plaintiff,                    )
14 |                                         )
   |     vs.                                 ) **STIPULATED DISMISSAL**
15 |                                         )
   | APRIA HEALTHCARE GROUP INC.             ) Action Filed: April 3, 2017
16 | and DOES 1 through 10, inclusive,       )
   |                                         )
17 |           Defendants.                   )
   |                                         )
18 |                                         )
   |                                         )
19 |                                         )

STIPULATED DISMISSAL
4827-8466-9515v.1 0025959-000048

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties through their undersigned counsel hereby stipulate to dismissal of Plaintiff's individual claims in this action with prejudice, and dismissal of the putative class claims without prejudice, with each party to bear their own costs and fees. All signatories listed below, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: July 28, 2017

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
TODD M. FRIEDMAN
ADRIAN R. BACON

By: /s/ Adrian R. Bacon
Adrian R. Bacon
Attorneys for Plaintiff
FRANK GUTIERREZ

DATED: July 28, 2017

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN

By: /s/ Sean M. Sullivan
Sean M. Sullivan
Attorneys for Defendant
APRIA HEALTHCARE GROUP INC.

STIPULATED DISMISSAL
4827-8466-9515v.1 0025959-000048

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899